**SERVICE COPY**



D6743587

# CITATION

| | |
|---|---|
| **LUIS DIAZ** (Plaintiff) | **NUMBER C-708299   SEC. 27** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF EAST BATON ROUGE** |
| **KIA AMERICA, INC.** (Defendant) | **STATE OF LOUISIANA** |

TO: KIA AMERICA, INC.
THROUGH ITS REGISTERED AGENT:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 3, 2021.**



Magan Harris

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: DELGADO, JOHN M**
**(225) 378-3001**

*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE $_____
TOTAL:   $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED DATE

JUN 0 4 2021

E.B.R. Sheriff Office



EAST BATON ROUGE PARISH
Filed Jun 03, 2021 11:49 AM
Deputy Clerk of Court
C-708299
27

| | |
|---|---|
| **LUIS DIAZ** | SUIT NO. _____ DIVISION _____ |
| | 19TH JUDICIAL DISTRICT COURT |
| **VERSUS** | PARISH OF EAST BATON ROUGE |
| **KIA AMERICA, INC.** | STATE OF LOUISIANA |

### PETITION FOR DAMAGES

**NOW INTO COURT** through undersigned counsel, comes **LUIS DIAZ**, (hereinafter "Plaintiff"), a person above the age of majority and resident of the Parish of East Baton Rouge, State of Louisiana, who with respect, represent that:

1.

Made Defendant herein is:

KIA AMERICA, INC., previously named KIA MOTORS AMERICA, INC., a Corporation organized in the State of California, and doing business in the State of Louisiana, having designated its Registered Agent for Service of Process in the Parish of East Baton Rouge, State of Louisiana.

2.

Venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Article 42.

3.

On March 15, 2020, and at all other times relevant herein, Plaintiff was the owner of a 2014 Kia Optima vehicle bearing VIN 5XXGN4A70EG268068, which vehicle was manufactured by Defendant, KIA AMERICA, INC.

4.

On March 15, 2020, Plaintiff was operating his vehicle in East Baton Rouge Parish when he noticed the smell of smoke coming from the engine area.

5.

Plaintiff drove the vehicle home, which was nearby, and when he arrived, he lifted the hood of the vehicle to ascertain the source of the smoke smell. As he was examining the engine compartment, suddenly and without warning the engine ignited and the resulting fire caused serious and severe damage to Mr. Diaz, including but not limited to second degree burns to his arms and hands, which necessitated immediate medical attention and extended treatment.

1

Certified True and Correct Copy
CertID: 2021060300889

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/3/2021 2:53 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.

On or about April 13, 2020, KIA AMERICA, INC., issued an Interim Notice, concerning 2013 and 2014 Kia vehicles in which Defendant acknowledges that there exists a defect in the "low pressure fuel tube" that may deteriorate over time and "can result in a fire in your vehicle's engine compartment." Unfortunately, Mr. Diaz had already been injured by the time the warning arrived.

6.

The incident sued upon herein was caused by the fault of Defendant, KIA AMERICA, INC, said fault being more fully described as follows:

a. Manufacturing a vehicle that was unreasonably dangerous in its construction or composition.

b. Manufacturing a vehicle that was unreasonably dangerous in its design.

c. Failing to provide adequate notice to Plaintiff of the defective condition.

d. Failing to act in a reasonable and prudent manner.

e. All other acts of negligence, which will be proven at trial.

7.

As a result of the incident sued upon herein, Luis Diaz has suffered damages, said damages being more fully described as follows:

a. Past, present and future pain and suffering.

b. Past, present and future loss of enjoyment of life.

c. Past, present and future lost wages.

d. Lost earning capacity.

e. Medical special damages - hospital, doctors, and prescription costs.

f. Property damage to his 2014 Kia Optima vehicle.

f. All other damages, which will be proven at trial.

8.

La Civ. Code Art. 2315 states the foundational principal of Louisiana negligence law that "every act whatever of man that causes damage to another obliges him by whose fault it happened to repair it." Under the Louisiana Products Liability Act, KIA AMERICA, INC., is liable to the Plaintiff for the damages he sustained as a result of this incident.

2

Certified True and Correct Copy
CertID: 2021060300889
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 6/3/2021 2:53 PM

9.

Plaintiff specifically pleads the suspension of prescription under several executive orders (30 JBE 2020, 41 JBE 2020, 52 JBE 2020 and 59 JBE 2020). As such, this Petition is timely filed.

**WHEREFORE**, Plaintiff, **LUIS DIAZ**, prays for judgment against Defendant, **KIA AMERICA, INC.**, in the amount of damages as determined by this Honorable Court to be proper, just and reasonable considering the premises, and for court costs, expert fees, and legal interest from the date of judicial demand, and for any other general and equitable relief that this Court deems appropriate to grant.

Respectfully submitted,

BY: _____
JOHN M. DELGADO (#26624)
251 Florida Street
Post Office Box 1348
Baton Rouge, Louisiana 70821
Telephone:(225) 378-3001
*Attorney for Plaintiff*

**PLEASE SERVE:**

**KIA AMERICA, INC.**
THROUGH ITS REGISTERED AGENT
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

3



Certified True and Correct Copy
CertID: 2021060300889

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/3/2021 2:53 PM